AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED JUN 3 0 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ELEAZAR RUIZ-MORALES | CASE NUMBER: 08CR2175-L |

I, ELEAZAR RUIZ-MORALES, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 30, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ruiz Morales Eleazar_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER